IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JETAVIAN BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:16cv913-MHT |
| | ) | (WO) |
| CITY OF DOTHAN, ALABAMA, | ) | |
| a municipal corporation; | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983 and state law, plaintiff filed this case claiming that he was subjected to excessive force by law enforcement officers.  This case is before the court on the recommendation of the United States Magistrate Judge that defendants' motion for a more definite statement be granted; that defendants' motion to dismiss be denied as moot; and that plaintiff be directed to refile his proposed second amendment complaint.  There are no objections to the recommendation.  Upon an

independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 27) is adopted.

(2) Defendants' motion for a more definite statement (doc. no. 24) is granted, and that defendants' motion to dismiss (doc. no. 24) is denied as moot.

(3) Plaintiff shall refile his proposed second amended complaint by July 7, 2017.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 28th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**