IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JETAVIAN BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:16cv913-ECM |
| | ) |
| CITY OF DOTHAN, ALA., *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the court is the parties' joint stipulation of dismissal (doc. 79) filed on February 25, 2019. This case is presently stayed. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the stay previously entered in this matter be and is hereby LIFTED. It is further

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs.

DONE this 26th day of February, 2019.

    /s/   Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE